IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH J. GOMEZ, | CIV F 04 6687 OWW LJO P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT NEW NON-P APPLICATION TO PROCEED |
| JEANNE S. WOODFORD, et al., | IN FORMA PAUPERIS **OR** PAY FILING FEE |
| Defendants. | |

Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff previously submitted his application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, on June 16, 2005, plaintiff filed a notice of change of address, indicating that he was released from custody.  Due to his release, the court requires that plaintiff file a new application to proceed in forma pauperis **by a non-prisoner**. Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis by a non-prisoner, **or** pay the $150.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis **for a non-prisoner;**

1

2.        Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $150.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 31, 2005**              /s/ Lawrence J. O'Neill
b6edp0                                              UNITED STATES MAGISTRATE JUDGE