# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH J. GOMEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>WOODFORD, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-06687-OWW-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br>(Doc. 11.)<br><br>OBJECTIONS DUE WITHIN THIRTY DAYS |

      Plaintiff Ralph J. Gomez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 13, 2004.  (Doc. 1.)  On November 7, 2006, the court screened Plaintiff's complaint and dismissed the complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  On December 6, 2006, plaintiff filed an amended complaint.  (Doc. 11.)  On September 30, 2008, the undersigned dismissed Plaintiff's amended complaint for failure to state a claim and ordered Plaintiff to file a Second Amended Complaint within thirty days.  (Doc. 15.)  The thirty day deadline has passed, and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

      Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), the undersigned HEREBY RECOMMENDS that this action be dismissed, with prejudice, based on Plaintiff's failure

1  to state any claims upon which relief may be granted under section 1983.

2       These Findings and Recommendations will be submitted to the United States District Judge
3  assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **thirty (30)**
4  **days** after being served with these Findings and Recommendations, Plaintiff may file written
5  objections with the Court.  The document should be captioned "Objections to Magistrate Judge's
6  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
7  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d
8  1153 (9th Cir. 1991).

10      IT IS SO ORDERED.

11    **Dated:   November 18, 2008**           **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE